Amy A. Lombardo, ISB No. 8646
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Post Office Box 51505
Idaho Falls, ID  83405
Telephone:  (208) 522-6700
Facsimile:  (208) 522-5111
Email: ALombardo@parsonsbehle.com

Attorneys for Defendant
Idaho-Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROSS HATHAWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>IDAHO PACIFIC CORPORATION,<br><br>    Defendant. | Case No. 4:15-CV-00086-DCN<br><br>**STIPULATION FOR EXTENSION OF DEADLINE** |

  COME NOW the parties in the above-captioned case, by and through their respective undersigned counsel of record, and hereby stipulate and agree that the deadline for Defendant Idaho Pacific Corporation ("Idaho Pacific") to file a response to Plaintiff's Motion for Terminating Sanctions (Dkt. 227) shall be extended for a period of seven (7) days, from January 24, 2020 until **January 31, 2020**. The deadline for Plaintiff to file a reply brief shall also be extended for a period of seven (7) days from January 31, 2020 until **February 7, 2020**.

  This stipulation is supported by good cause, as lead counsel Brad Williams left employment at Parsons Behle & Latimer on January 20, 2020. Idaho Pacific's remaining counsel has been working to cover Mr. William's sudden absence, but needs additional time to respond.

**STIPULATION FOR EXTENSION OF DEADLINE - 1**

DATED THIS 23rd day of January, 2020.

                CASPERSON ULRICH DUSTIN PLLC


                By */s/ Amanda E. Ulrich (with permission)*
                  Amanda E. Ulrich
                Attorneys for Plaintiff Ross Hathaway

DATED THIS 23rd day of January, 2020.

                PARSONS BEHLE & LATIMER


                By */s/ Amy A. Lombardo*
                  Amy A. Lombardo
                Attorneys for Defendant Idaho-Pacific Corporation

**STIPULATION FOR EXTENSION OF DEADLINE - 2**

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 23rd day of January, 2020, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    DeAnne Casperson, Esq., *Attorneys for Ross Hathaway*
    dcasperson@workandwage.com

    Amanda E. Ulrich, Esq., *Attorneys for Ross Hathaway*
    aulrich@workandwage.com


            */s/ Amy A. Lombardo*
            Amy A. Lombardo

**STIPULATION FOR EXTENSION OF DEADLINE - 3**